1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
5  Attorneys for Plaintiff
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| WILLIAM R. HAWORTH, SR. ) <br> XXX-XX-5045 ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER OF SSA ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | No. 2:13-cv-2453 DAD <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 5, 2014, to May 23, 2014, with all other deadlines extended accordingly. This extension is required due to counsel's briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: May 2, 2014

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 2, 2014

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Henry L. Chi
HENRY L. CHI

Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   May 5, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
haworth2453.stip.eot.ord.rtf

2