BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM R. HAWORTH, SR.**<br>**XXX-XX-5045**<br><br><br><br><br><br>**Plaintiff,**<br><br>**v.**<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF SSA**<br><br>**Defendant.** | **No. 2:13-cv-2453 DAD**<br><br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 23, 2014 to June 20, 2014, with all other deadlines extended accordingly.  This second extension is required due to counsel's briefing schedule.


/ / / /

/ / / /

/ / / /

1

1

2

Dated: May 21, 2014                              */s/Bess M. Brewer*
3                                                BESS M. BREWER
                                                 Attorney at Law
4
                                                 Attorney for Plaintiff
5

6

7

Dated: May 21, 2014                              Benjamin B. Wagner
8                                                United States Attorney

9                                                Donna L. Calvert
                                                 Acting Regional Chief Counsel, Region IX
10                                               Social Security Administration

11                                               /s/ Henry L. Chi

12                                               HENRY L. CHI

13                                               Special Assistant United States Attorney
                                                 Attorneys for Defendant
14

15

16                                    **ORDER**

17
        Pursuant to the parties' stipulation, IT IS SO ORDERED.
18
Dated:   May 22, 2014
19

20                                    _____
                                      DALE A. DROZD
21                                    UNITED STATES MAGISTRATE JUDGE

22

23      Ddad1\orders.soc sec

24      naworth2453.stip.eot2.ord.rtf

25

26

27

28