BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. HAWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-02453-DAD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension because he was recently assigned a case that is going to hearing in the middle of August, unforeseen situations in his other matters, planned vacation, and his substantial district court litigation caseload.

    The current due date is August 13, 2014.  The new due date will be October 13, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 6, 2014   */s/ Bess M. Brewer*
(by email authorization on August 6, 2014)
Attorney for Plaintiff

Dated: August 6, 2014   BENJAMIN B. WAGNER
United States Attorney

By:   /s/ *Henry L. Chi*
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 8, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
haworth2453.stip.eot.ord.doc

2