1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  HENRY L. CHI, CSBN 265009
   Special Assistant United States Attorney
5  　　　160 Spear Street, Suite 800
6  　　　San Francisco, CA  94105
   　　　Telephone:  415-977-8953
7  　　　Facsimile:  415-744-0134
   　　　E-Mail:  henry.chi@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM R. HAWORTH, | ) | No. 2:13-cv-02453-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| v. | ) | **SECOND EXTENSION OF TIME FOR** |
| | ) | **DEFENDANT TO RESPOND TO** |
| CAROLYN W. COLVIN, | ) | **PLAINTIFF'S MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension because of a recent

change in his workload and his upcoming paternity leave.  As a result, this case will be reassigned within the office.

The current due date is October 13, 2014.  The new due date will be November 12, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 23, 2014   */s/ Bess M. Brewer*
(by email authorization on September 23, 2014)
Attorney for Plaintiff

Dated: September 24, 2014   BENJAMIN B. WAGNER
United States Attorney

By:   /s/ *Henry L. Chi*
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  September 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
haworth2453.stip.eot2.ord.doc