BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. HAWORTH, SR. )<br>XXX-XX-5045 )<br> )<br> )<br> )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>CAROLYN W. COLVIN )<br>**Acting Commissioner of Social Security** )<br>**of the United States of America,** )<br> )<br> )<br>**Defendant.** )<br> )<br> ) | No. 2:13-cv-2453 DAD<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE OPPOSITION TO**<br>**DEFENDANT'S RULE 59 MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

Plaintiff's time to file her opposition to defendant's motion to amend the judgment is hereby

extended from April 28, 2015, to May 22, 2015, with all other deadlines extended accordingly.

This extension is required due to counsel's briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2 Dated: April 27, 2015                                 */s/Bess M. Brewer*

3                                                       BESS M. BREWER

                                                        Attorney at Law
4
                                                        Attorney for Plaintiff
5

6
  Dated: April 28, 2015                                 Benjamin B. Wagner
7
                                                        United States Attorney
8                                                       Donna L. Calvert

9                                                       Acting Regional Chief Counsel, Region IX

                                                        Social Security Administration
10

11                                                      */s/Shea Bond*

12                                                      SHEA BOND

13                                                      Special Assistant United States Attorney

14                                                      Attorneys for Defendant

15

16                                      **ORDER**

17
        Pursuant to the parties' stipulation, IT IS SO ORDERED.
18

19 Dated:   April 29, 2015

20

21

22                                      DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE
23 Ddad1\orders.soc sec

   haworth2453.stip.eot4.ord.rtf
24

25

26

27

28

                                        2